ANTHONY R. LOPEZ (State Bar No. 149653)
LAW OFFICES LOPEZ & ASSOCIATES
9025  Wilshire Blvd., Suite 500
Beverly Hills, California 90211
Telephone: (310)276-4700

GEORGE L. PRAJIN (State Bar No. 280055)
LOPEZ &PRAJIN
ATTORNEYS AT LAW
620 Newport Center Drive, Suite 1100
Newport Beach, California 92660
Telephone: (949)200-4607

Attorneys for Plaintiffs, Jose Francisco Garza Duron and Alejandro Garza

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA,
# WESTERN DIVISION

| | |
|---|---|
| JOSE FRANCISCO GARZA DURON ALEJANDRO GARZA<br><br>       Plaintiffs,<br><br>v.<br><br>24 HOUR MUSIC, LLC; and DOES 1-5,<br><br>       Defendants. | Case No:  CV15-07048 MWF(Ex)<br><br>**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT AND DISMISSAL OF ACTION** |

     Plaintiffs JOSE FRANCISCO GARZA DURON AND ALEJANDRO GARZA (collectively, "Plaintiffs") and Defendants 24 HOUR MUSIC LLC and Martin Fabian (hereinafter "Defendants") have stipulated to settlement of this

action without adjudication of any issue of fact or law.  This entry of Judgment shall also serve as a stipulation for dismissal.

## FINDINGS

1.      This Court has jurisdiction over the claims brought by plaintiffs under 28 U.S.C. §§ 1332.   This Court has jurisdiction over the parties.

2.      Venue in the Central District of California, United States District Court ("this federal district"), is proper as to the parties as the performance of the written agreement alleged in this complaint was governed pursuant to a mandatory forum selection clause.

3.      The complaint states claims under applicable law for which relief may be granted.

4.      There are no finding of fact or conclusion of law of fraud, misrepresentation and/or intentional tort.

5.      The parties have entered into a Stipulation for Entry of a Stipulated Judgment freely and without coercion.

6.      The parties, and each of them, have acknowledged that they have read the provisions of the Stipulation as well as this Stipulated Judgment  (hereafter "Judgment") and will abide by them.

7.      The parties to the Stipulation have waived all rights to appeal or otherwise challenge or contest the validity of this Judgment.

**NOW THEREFORE**, the Parties stipulate as follows:

### Stipulation for Judgment.

Defendants 24 Hour Music LLC and Martin Fabian shall make one (1) payment of  Eight-Five Thousand Dollars ($85,000.00)  to Plaintiffs.  Plaintiffs shall forbear from exercising its right to enforce the judgment entered pursuant to this Stipulation  for a period of seven (7)  years from the date of entry of this

Judgment.  Plaintiffs shall not record the judgment for a period of seven (7)  years from the date of entry of this Judgment.  Defendants are jointly and severally liable to the above stated amount.

## ORDER

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1.      This Court has jurisdiction over the subject matter of this action and the parties hereto.

2.      Judgment is hereby entered in favor of Plaintiffs against Defendants 24 Hour Music LLC and Martin Fabian jointly and severally in the amount of Eight-Five Thousand Dollars ($85,000.00).

3.      All remaining claims against Defendants 24 Hour Music LLC and Martin Fabian are dismissed pursuant to this judgment.

4.      The parties waive costs and attorney's related to this action.


IT IS SO ORDERED.


Dated:  February 7, 2019        _____
                                 HON. MICHAEL W. FITZGERALD
                                 United States District Judge